IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TRADE WELL INTERNATIONAL,

        Plaintiff,                              ORDER

v.

                                                12-cv-701-wmc

UNITED CENTRAL BANK,

        Defendant.

---

Upon review of Plaintiff's October 14, 2013, Motion to Extend the Time to File an Amended Complaint and to Compel Defendant to Permit Plaintiff's Agent to Inspect the Subject Property (dkt. #19), and the supporting declaration (dkt. #19-1),

IT IS ORDERED that:

(1) Plaintiff's motion is GRANTED;

(2) defendant shall permit Plaintiff's counsel and/or its designated agent to inspect the equipment that is the subject of this lawsuit on or before October 29, 2013;

(3) Plaintiff is granted leave to amend its complaint on or before November 15, 2013; and

(4) a telephonic status conference will be held November 26, 2013, at 1:30 p.m., before Magistrate Judge Stephen Crocker to reset the schedule in this case.

Entered this 15th day of October, 2013.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge

1