IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRADE WELL INTERNATIONAL,

        Plaintiff,                               ORDER

DELLS LODGING OPERATOR, INC.                 12-cv-701-wmc
and DELLS ESTATE LLC,

        Involuntary Plaintiffs,

  v.

UNITED CENTRAL BANK,

        Defendant.

A hearing was held today on (1) plaintiff's Motion to Maintain Status Quo by Prohibiting the Defendant Bank from Selling the Hotel with Plaintiff's Equipment In It (dkt. #22) and (2) defendant's Motion to Compel Plaintiff to Remove Alleged Personal Property from Defendant's Real Property (dkt. #27). Plaintiff Trade Well International ("Trade Well") was represented by Maurice J. Salem; defendant United Central Bank ("United Central") was represented by Brian P. Thill; and recently-served involuntary plaintiff Dells Lodging Operator, Inc. was not represented. (It appears that the other involuntary plaintiff, Dells Estate LLC, has not yet been served.)

For the reasons set forth on the record, the court DENIES IN PART AND GRANTS IN PART both motions as follows:

1. Trade Well shall have 30 days to remove all equipment listed on Exhibit B to the Amended Complaint (dkt. #32-2) with the exception of the Jacuzzis and remodeling set forth in the middle of that Exhibit. During this period, United

Central may not complete a sale of the building without leave of court after a showing of good cause.

2. Counsel for Trade Well shall provide counsel for United Central 24-hours notice of any removal, so that they can provide access and can monitor and inventory all equipment removed. Plaintiff Trade Well shall also maintain an inventory of all items removed and provide a copy promptly to United Central and the involuntary plaintiffs.

3. All items on Exhibit B other than the Jacuzzis and remodeling that have not been removed within 30 days shall be deemed abandoned by Trade Well absent an extension of this deadline by the court upon good cause shown.

4. Plaintiff's counsel is responsible for completing service on Dells Estate LLC and providing a copy of this order to both involuntary plaintiffs seven days before removing any equipment.

Entered this 4th day of December, 2013.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge