UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRADE WELL INTERNATIONAL,

        Plaintiff,

and

DELLS LODGING OPERATOR, INC. and
DELLS ESTATE LLC,

        Involuntary Plaintiffs,

v.

UNITED CENTRAL BANK,

        Defendant.

MEMORANDUM AND ORDER

12-cv-701-WMC

Defendant, United Central Bank, has requested that I enter default against involuntary plaintiffs, Dells Lodging Operator, Inc. and Dells Estate LLC pursuant to Federal Rule of Civil Procedure 55(a). A review of the record, however, does not suggest that either of these involuntary plaintiffs is a party "against whom a judgment for affirmative relief is sought" as required by the rule for entry of default. Involuntary plaintiffs have no reason to file an answer to the complaint and defendant has asserted no counterclaims against them.

ORDER

IT IS ORDERED that defendant United Central Bank's motion for entry of default as to involuntary plaintiffs Dells Lodging Operator, Inc. and Dells Estate LLC is DENIED.

Dated this 18th day of February, 2014.

*Peter Oppeneer*
Peter Oppeneer
Clerk of Court