# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

-------------------------------------------------------X
TRADE WELL INTERNATIONAL,
A Pakistan Corporation,
      Plaintiff,
DELLS LODGING OPERATOR, INC., and
DELLS ESTATE LLC, (both are Wisconsin
Corporations),
      Involuntary-Plaintiffs,
  **v.**

UNITED CENTRAL BANK, a
Texas Corporation,
      Defendant.
-------------------------------------------------------X

**Case No. 12-cv-701**

**Judge: William M. Conley**

## NOTICE OF APPEAL

  Please Take Notice, that pursuant to 28 U.S.C. § 1291, the Plaintiff Trade Well International and its Attorney hereby appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's April 4, 2014, and April 22, 2014, orders that found attorney for plaintiff in contempt, which results in monetary liability and other financial sanctions. *Clark Equip. Co. v. Lift Parts Mfg. Co. Inc.,* 972 F.2d 817, 820 (7th Cir.1992) (citing *Bolte v. Home Ins. Co.,* 744 F.2d 572, 573 (7th Cir.1984)).

Dated: April 23, 2014,

              /s/Maurice James Salem,
              Law Offices of Salem &
              Associates, P.C.
              Attorney for Plaintiff
              7156 W. 127th Street, B-149
              Palos Heights, IL 60463
              Tel. (708) 277-4775
              Fax. (708) 448-4515
              salemlaw@comcast.net

MJS: cs