United States District Court
Western District of Wisconsin

Office of the Clerk
120 N. Henry Street
Madison, Wisconsin 53703
(608) 264-5156

June 17, 2014

United States Court of Appeals
   for the Seventh Circuit
219 South Dearborn Street, Rm 2722
Chicago, IL 60604

        RE:    Maurice James Salem v. United Central Bank
                  D.C. Docket No.: 12-cv-701-wmc
                  USCA Docket No.: 14-1907

Dear Clerk:

I am sending you herewith the following documents per order number 89:

- Pleadings identified as docket numbers 81, 82, and 89.

                          Sincerely,
                          Peter Oppeneer,  Clerk of Court

                          By: *s/ Lynn Kamke*
                          Deputy Clerk

cc:     All Counsel Via NEF