IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRADE WELL INTERNATIONAL,

    Plaintiff,

v.

UNITED CENTRAL BANK,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-701-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff Trade Well International's affirmative claims are dismissed with prejudice and default judgment is entered in favor of defendant United Central Bank against plaintiff in the amount of $3,785.90 plus attorney fees and costs in the amount of $26,518.77 for a total of $30,304.67;

IT IS FURTHER ORDERED that the Notice of Lien recorded March 12, 2014, at 3:55 p.m. as Doc # 1089064 is declared null and void

Approved as to form this 24th day of October, 2014.

_____
William M. Conley
District Judge

_____
Peter Oppeneer, Clerk of Court

10/27/14
Date