IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TRADE WELL INTERNATIONAL,

          Plaintiff,

v.

UNITED CENTRAL BANK,

          Defendant.

ORDER

12-cv-701-wmc

---

Pursuant to the opinon and mandate of the Court of Appeals for the Seventh Circuit in the above entitled matter, IT IS ORDERED that:

1. All monetary sanctions entered against plaintiff's trial counsel, Maurice J. Salem, are vacated, including the second $500 sanction not the subject of that appeal.

2. Attorney Maurice J. Salem's *pro hac vice* appearance for plaintiff in this case is reinstated.

3. The clerk of court is directed to send a copy of this order and the Seventh Circuit Court of Appeals decision to the enforcement authorities responsible for the practice of law in the States of Wisconsin and New York.

4. The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 16th day of March, 2015.

BY THE COURT:

WILLIAM M. CONLEY
District Judge