UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---------------------------------------------------------X
TRADE WELL INTERNATIONAL,
A Pakistan Corporation,
      Plaintiff,    **Case No. 12-cv-701 JDP**
DELLS LODGING OPERATOR, INC., and
DELLS ESTATE LLC, (both are Wisconsin
Corporations),
      Involuntary-Plaintiffs,
  v.

UNITED CENTRAL BANK, a
Texas Corporation,
      Defendant.
---------------------------------------------------------X

## NOTICE OF APPEAL

 Please Take Notice, that pursuant to 28 U.S.C. § 1291, the Plaintiff, TRADE WELL INTERNATIONAL, in the above district court action, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's final order denying Plaintiff's motion to vacate default judgment on the counterclaim and in the main action, entered on September 24, 2015, (Doc # 135).

Dated: October 22, 2015,

                /s/Maurice James Salem,
                Law Offices of Salem & Associates
                Counsel for Plaintiff
                7156 W. 127th Street, B-149
                Palos Heights, IL. 60463
                Tel. (708) 277-4775
                Fax (708) 357-4029
                Email:salemlaw@comcast.net